UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

DEBRA M. BONIN, ADMINISTRATOR
OF THE ESTATE OF
KIMBERLY M. BONIN
    Plaintiff,

**04-40234**

v.

GERALDINE J. BRADY and
KNIGHT TRANSPORTATION

    Defendants.

## NOTICE OF REMOVAL

The Notice of GERALDINE J. BRADY and KNIGHT TRANSPORTATION respectfully, shows:

1.     GERALDINE J. BRADY and KNIGHT TRANSPORTATION are the defendants in a civil action brought in the Superior Court of Worcester County, Civil Action Number 2004-1934A entitled, "Debra M. Bonin, Administrator of the Estate of Kimberly M. Bonin v. Geraldine J. Brady and Knight Transportation." The defendant, Knight Transportation, first received a copy of the Complaint in said action on or about October 22, 2004. Copies of the pleadings received by defendant, Knight Transportation is attached hereto as Exhibit A.

2.     The above described action is an action over which this court has jurisdiction and is removable under the provisions of Title, 28, United States Code §§1332 and 1441(a) and (b) in that it is a civil action between parties domiciled in different states, as more fully appears herein, and the plaintiff has made a demand for settlement in the amount of $1,500,000.00, therefore the

amount in controversy exceeds $75,000.

3. Upon information and belief, based on the allegations in the Complaint, Plaintiff, Debra M. Bonin, is a Massachusetts resident of Shrewsbury, Worcester County, Massachusetts.

4. Defendant, Geraldine J. Brady, is a resident of Lithonia, Georgia.

5. Defendant, Knight Transportation, is an Arizona corporation with a usual place of business in Phoenix, Arizona.

WHEREFORE, the defendants pray that the above action now pending in the Superior Court of Worcester County be removed therefrom to this Court.

GERALDINE J. BRADY and
KNIGHT TRANSPORTATION

By their attorneys

*/s/ Tracy L. Davis*

Andrew J. Fay (BBO# 5500058)
Tracy L. Davis (BBO# 641440)
TOBIN, SULLIVAN, FAY & GRUNEBAUM
Wellesley Office Park
60 William Street
Wellesley, MA 02481
(781) 237-0877

Dated: November 5, 2004

## CERTIFICATE OF SERVICE

I, Tracy L. Davis, certify that a copy of the foregoing document was served via first class mail, postage prepaid, and via facsimile to counsel of record as follows:

Paul Mullan, Esq.
285 Main Street
Worcester, MA 01608

_____
Tracy L. Davis

Dated: November 5, 2004

# EX. A

Case 4:04-cv-40234-FDS   Document 1   Filed 11/08/2004   Page 4 of 8

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

DEPARTMENT OF THE TRIAL COURT
SUPERIOR COURT
CIVIL ACTION NO. 04-1934 A

DEBRA M. BONIN, ADMINISTRATOR )
OF THE ESTATE OF KIMBERLY M. )
BONIN )
    Plaintiff )
)
)
vs. )
)    COMPLAINT
)
GERALDINE J. BRADY and )
KNIGHT TRANSPORTATION )
    Defendants )

## COUNT I

1. The plaintiff, Debra M. Bonin, Administrator of the Estate of Kimberly M. Bonin, is a Massachusetts resident of Shrewsbury, Worcester County, Massachusetts.

2. The defendant, Geraldine Brady, is a resident of Lithonia, Georgia.

3. On June 13, 2003 the defendant, Geraldine Brady, with the consent of Knight Transportation and its agent, servant and employee operated a motor vehicle on Interstate I290, a public way in the City of Worcester in such a negligent manner that by reason thereof an accident was caused.

4. As a result of the collision caused by the defendant, its agent, servant and employee the deceased, Kimberly M. Bonin, was caused wrongful death.

Wherefore, the plaintiff, Debra M. Bonin, Administrator of the Estate of Kimberly M. Bonin demands judgment against the defendant, Geraldine Brady together with interest and costs.

## COUNT II

5. The plaintiff repeats and reavers the facts as alleged in paragraph 1-4.

6. The defendant, Knight Transportation, is a corporation with a usual place of business in Phoenix, Arizona.

7. On June 13, 2003 the defendant, Knight Transportation, was the owner of a vehicle operated by Geraldine Brady in such a negligent manner that by reason thereof an accident was caused.

8. As a result of the collision caused by the defendant, its agent, servant and employee the deceased Kimberly M. Bonin was caused wrongful death.

Wherefore, the plaintiff, Debra M. Bonin, Administrator of the Estate of Kimberly M. Bonin demands judgment against the defendant, Knight Transportation together with interest and costs.

DEBRA M. BONIN, ADMINISTRATOR OF THE ESTATE OF KIMBERLY M. BONIN
By her attorney,

Paul Mullen, Esquire
285 Main Street
Worcester, MA 01608
(508)753-5353
BBO No. 556238

Dated: 10/5/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Debra M. Bonin, administrator for the estate of Kimberly Bonin   v. Knight Transportation et al.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   _X_ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __Not applicable__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ___   NO _X_

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ___   NO _X_

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ___   NO _X_

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ___   NO _X_

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES _X_   NO ___

   A.  If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ___   Central Division _X_   Western Division ___

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ___   Central Division ___   Western Division ___

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ___   NO _X_

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Andrew J. Fay__
ADDRESS __Tobin, Sullivan, Fay & Grunebaum, 60 William St. Wellesley, MA 02481__
TELEPHONE NO. __781-237-0877 x26__

(Coversheetlocal.wpd - 10/17/02)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bonin, Debra M., Administrator for the estate of Kimberly Bonin

**(b)** County of Residence of First Listed Plaintiff  **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Knight Transportation and Brady, Geraldine J.

County of Residence of First Listed  **Arizona**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Andrew J. Fay          781-237-0877
Tobin Sullivan Fay & Grunebaum
60 William St, Wellesley MA  02481

Attorneys (If Known)
Paul Mullan          508-753-5353
285 Main Street
Worcester, MA 01608

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury— Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC §1332 Plaintiff claims wrongful death from motor vehicle accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ none in complaint
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 11-9-04

SIGNATURE OF ATTORNEY OF RECORD

---

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____