UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40234FDS

DEBRA M. BONIN, ADMINISTRATOR
OF THE ESTATE OF
KIMBERLY M. BONIN
    Plaintiff,

v.

GERALDINE J. BRADY and
KNIGHT TRANSPORTATION

    Defendants.

## JOINT STATEMENT

Now come the parties in the above-mentioned matter and respectfully submit this Joint Statement which includes the following:

1. Joint Discovery Plan;
2. Proposed Schedule for the filing of Motions and
3. Certifications.

## JOINT DISCOVERY PLAN

1. Deadline for Propounding Interrogatories and Requests for Production of Documents      Date 5/1/05
2. Deadline for Responding to Initial Discovery      Date 7/31/05
3. Deadline for Scheduling Depositions      Date 8/31/05
4. Deadline for Taking Fact Depositions      Date 1/31/06
5. Deadline for Propounding Requests to Admit      Date 2/28/06
6. Deadline for Responding to Requests to Admit      Date 4/30/06

7. Deadline for Expert Disclosures                      Date   2/28/06

8. Deadline for Scheduling Expert Depositions           Date   3/31/06

9. Deadline for Taking Expert Depositions               Date   5/31/06

## PROPOSED SCHEDULE FOR FILING MOTIONS

1. Deadline for Joinder of Parties and
   Amendment of Pleadings                               Date   9/1/05

2. Deadline for Filing All Dispositive Motions          Date   7/31/06

## CERTIFICATIONS

I, Paul Mullan. have conferred with Deborah M. Bonin, regarding the following:

1. Budgetary concerns regarding the costs of conducting the full course and various alternative courses of the litigation; and

2. Consideration of the resolution of the litigation through the use of alternative dispute resolution programs.

Paul Mullan, Esq.(BBO #558258)
285 Main Street
Worcester, MA 01608

I, Andrew J. Fay, Esq. have conferred with Greg Williams and/or David Hawley on behalf of the defendants regarding the following:

1. Budgetary concerns regarding the costs of conducting the full course and various alternative courses of the litigation; and

2. Consideration of the resolution of the litigation through the use of alternative dispute resolution programs.

Andrew J. Fay (BBO# 500058)
TOBIN, SULLIVAN, FAY & GRUENBAUM
Wellesley Office Park
60 William Street
Wellesley, MA 02481

2

Respectfully submitted,

Deborah M. Bonin, Administrator
of the Estate of Kimberly M. Bonin
By her attorney

/s/ Paul Mullan
Paul Mullan, Esq. (BBO # 558238)
285 Main Street
Worcester, MA 01608
(508)756-4250

Geraldine J. Brady and Knight Transportation
By their attorney,

/s/ Andrew J. Fay
Andrew J. Fay, Esquire (BBO #550058)
TOBIN, SULLIVAN, FAY & GRUNEBAUM
60 William Street
Wellesley, MA 02481
(781)237-0877

Dated: March 24, 2005

## CERTIFICATE OF SERVICE

I, Andrew J. Fay, certify that a copy of the foregoing document was served via first class mail, postage prepaid, and via facsimile to counsel of record as follows:

Paul Mullan, Esq.
285 Main Street
Worcester, MA 01608

_____
Andrew J. Fay

Dated: March x, 2005