UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40234FDS

DEBRA M. BONIN, ADMINISTRATOR
OF THE ESTATE OF
KIMBERLY M. BONIN

    Plaintiff,

v.

GERALDINE J. BRADY and
KNIGHT TRANSPORTATION

    Defendants.

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Fed. Rule Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs.

| | |
|---|---|
| Deborah M. Bonin, Administrator of the Estate of Kimberly M. Bonin By her attorney, | Geraldine J. Brady and Knight Transportation By their attorney, |
| _____ Paul E. Mullan, Esq. (BBO #558238) 255 Park Avenue, Suite 508 Worcester, MA 01608 (508)756-4250 | _____ Andrew J. Fay, Esq. (BBO #550058) Tobin, Sullivan, Fay & Grunebaum 60 William Street Wellesley, MA 02481 (781)237-0877 |

Dated: August ___, 2005